## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Fred Wilson
(Please print)

**STREET ADDRESS:** 15628 S Loomis S'

**CITY/STATE/ZIP:** Harvey Ill 60426

**PHONE NUMBER:** (708) 339-0092

**CASE NUMBER:**
08CV3779
JUDGE KENDALL
MAG. JUDGE KEYS

Signature: _Fred Wilson pro se_    Date: 06/2/08

FILED
JUL - 2 2008
Jul 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT