## United States District Court for the Northern District of Illinois

Case Number: 08CV3779                     Assigned/Issued By: DAJ

Judge Name: KENDAll                       Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00

                [ ] IFP         [ ] No Fee     [ ] Other _____

                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                        Receipt #: 4624005205

Date Payment Rec'd: 07/02/08               Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __1__ copies on _07/02/08_ as to _RICHARD DEVINE_
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05