*Served to security office on duty*

*Suite B2*
*32*
*69 W. Washington*

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Fred Wilson pro se

Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

Hon. Richard A Divin~
States Attorney for Cook
County Ill

CASE NUMBER: **08CV3779**

ASSIGNED JUDGE: **JUDGE KENDALL**

DESIGNATED MAGISTRATE: **MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

69 W. Washington St
Chicago Ill. 60602 Suite 32

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred Wilson
15628 S Loomis St
Harvey Ill 60426

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 07/2/08

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-2-08 |
| NAME OF SERVER (PRINT) Fred Wilson | TITLE 69 W. Washington St Chicago IL 60602 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

Tendered to Security Office, sitting At Desk Said He will Deliver to Proper person.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

JN
FILED
JUL X 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/2/08
       Date             Signature of Server

15628 S. Loomis St. Harvey Ill 60426
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.