IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred Wilson, | ) | |
| | ) | |
| Plaintiff, *pro se*, | ) | 08 C 3779 |
| | ) | |
| Richard A. Devine, State's Attorney of Cook County, | ) ) | Judge Virginia M. Kendall |
| | ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE PLEAD**

Now comes the Defendant, RICHARD A. DEVINE, State's Attorney of Cook County, by and through his attorneys, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis R. Hegeman, R. Seth Shippee, Assistant State's Attorneys, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request additional time within which to answer, move or otherwise plead to Plaintiff's Complaint. In support thereof, the Defendant Devine states the following:

1. Plaintiff filed his Complaint against the State's Attorney Devine July 2, 2008. Summons as to State's Attorney Devine was returned on July 7, 2008.

2. As per the Court's docket, State's Attorney Devine's Answer or other responsive pleading is due on July 22, 2008.

2. Counsel for the State's Attorney Devine has not yet had an opportunity to formulate a response to Plaintiff's complaint, and will require additional time in which to do so.

3. This is the first request for an enlargement of time on behalf of Defendant.

4. Counsel for Defendant Devine contacted the *pro se* Plaintiff in this matter, and Plaintiff has no objection to the granting of this extension of time.

5. Counsel for Defendant Devine is unaware of any reason why any party might be prejudiced by the granting of this motion.

WHEREFORE, Defendant Richard A. Devine respectfully requests that this Honorable Court grant him a twenty-one (21) day enlargement of time to August 12, 2008, within which to answer, move or otherwise plead to Plaintiff's Complaint.

                                      Respectfully submitted,
                                      RICHARD A. DEVINE
                                      State's Attorney of Cook County

By:    /s/ R. Seth Shippee
           Assistant State's Attorney

Patrick T. Driscoll, Jr.
Deputy States Attorney
Chief, Civil Actions Bureau

Louis R. Hegeman
Supervisor, Special Projects and Assignments

R. Seth Shippee
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5440

2