**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Fred Wilson, | ) | |
| | ) | |
| Plaintiff, *pro se*, | ) | 08 C 3779 |
| | ) | |
| Richard A. Devine, State's Attorney of | ) | Judge Virginia M. Kendall |
| Cook County, | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Fred Wilson
       15628 S. Loomis St.
       Harvey, IL 60426

On July 31, 2008, at 9:00 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in the courtroom usually occupied by her in Room 2319, 219 S. Dearborn, Chicago, Illinois 60604, and present the attached Motion of Defendant Richard A. Devine for Enlargement of Time to Answer, Move or Otherwise Plead to Plaintiff's Complaint.

RICHARD A. DEVINE
State's Attorney of Cook County

By:    /s/ R. Seth Shippee
       R. Seth Shippee
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, IL 60602
       312/603-5440

## *CERTIFICATE OF SERVICE*

I, R. Seth Shippee, Assistant State's Attorney, certify that I electronically filed the above motion with the Clerk of the Court and caused to be served upon the above listed individuals via U.S. Mail at or before 5:00 p.m. on July 22, 2008.

/s/ R. Seth Shippee