IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred Wilson, | ) | |
| | ) | |
| Plaintiff, *pro se*, | ) | 08 C 3779 |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| Richard A. Devine, State's Attorney of Cook County, | ) | |
| | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

## STATE'S ATTORNEY RICHARD A. DEVINE'S MOTION TO DISMISS

Defendant RICHARD A. DEVINE, State's Attorney of Cook County, by and through his attorneys, PATRICK T. DRISCOLL, JR., Deputy State's Attorney, LOUIS R. HEGEMAN, and R. SETH SHIPPEE, Assistant State's Attorneys, submits the following Motion to Dismiss Plaintiff's Civil Complaint for Wrongful Conviction ("Complaint") and accompanying memorandum of law in support, pursuant to FRCP 12(b)(1).

1. Plaintiff's *pro se* Complaint against State's Attorney Devine asks this Court to reverse the decision of the Illinois Appellate Court affirming his criminal conviction for which he was sentenced to and completed twelve months' supervision. However, the United State's Supreme Court is the only Federal judicial body that may review decisions of state courts, and Plaintiff's Complaint is therefore barred by the *Rooker-Feldman* Doctrine.

2. Even interpreting Plaintiff's *pro se* Complaint liberally, it also would not constitute a valid petition for *habeas corpus* relief under Section 28 U.S.C. § 2254, because Plaintiff's sentence has been fully served and discharged, and he is no longer "in custody." Accordingly, this Court lacks jurisdiction over Plaintiff's claim, and this case should be dismissed with prejudice pursuant to Rule 12(b)(1).

1

WHEREFORE, Defendant, RICHARD A. DEVINE, State's Attorney of Cook County, respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(1).

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:   /s/ R. Seth Shippee
       Assistant State's Attorney

Patrick T. Driscoll, Jr.
Deputy States Attorney
Chief, Civil Actions Bureau

Louis R. Hegeman
Supervisor, Special Projects and Assignments

R. Seth Shippee
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5440