IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred Wilson, | ) | |
| | ) | |
| Plaintiff, *pro se*, | ) | 08 C 3779 |
| | ) | |
| Vs. | ) | |
| | ) | |
| Richard A. Devine, State's Attorney of Cook County, | ) | Judge Virginia M. Kendall |
| | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

### NOTICE OF MOTION

To:  Fred Wilson
     15628 S. Loomis St.
     Harvey, IL 60426

    On August 20, 2008, at 9:00 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in the courtroom usually occupied by her in Room 2319, 219 S. Dearborn, Chicago, Illinois 60604, and present the attached **State's Attorney Richard A. Devine's Motion to Dismiss** and accompanying memorandum of law in support.

                                                      RICHARD A. DEVINE
                                                    State's Attorney of Cook County

                       By:    /s/ R. Seth Shippee
                                R. Seth Shippee
                                Assistant State's Attorney
                                500 Richard J. Daley Center
                                Chicago, IL 60602
                                312/603-5440

### *CERTIFICATE OF SERVICE*

    I, R. Seth Shippee, Assistant State's Attorney, certify that I electronically filed the above motion with the Clerk of the Court and caused to be served upon the above listed individuals via U.S. Mail at or before 5:00 p.m. on August 4, 2008.

                                                        /s/ R. Seth Shippee