**FILED**
AUG 1 8 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHORN DISTRICT OF ILLINOIS

JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

FRED WILSON, pro se )
            plaintiff )
                       )   08C-3779
                       )   08c-3779
         v.            )
                       )   JUDGE VIRGINA M. KENDALL
                       )
PEOPLE OF THE STATE OF ILLINOIS )   MAGISTRATE JUDGE ARLANDER
RICHARD A. DEVINE, STATE ATTORNEY )
OF COOK COUNTY         )
                       )
         defendant     )
                       )

TO: RICHARD DEVINE
PEOPLE OF THE STATE
OF ILL., AND MICHAEL
KUCZWARA, Ass.
500 Richard J. Deley
Chicago, Ill. 60602

MOTION TO INCORPORATE AS DEFENDANTS:
PEOPLE OF THE STATE OF ILLINOIS and
ASSISTANT STATE ATTORNEY Mr. MICHAEL
KUCZWARA ATT. AT TRIAL, AND JUDGE JOHN
D. TURNER. HOME DEPORT

Nom come the plaintiff Fred Wilson, pro se plaint and respectfully as of the Hon. Court to be allowed to incorporate herein as the defendant the people of the state of Illinois as defendant. And Ass. STATE ATTORNEY MR. MICHAEL KUCZWARA AT TRIAL AND JUDGE JOHN D. TURNER.

Subscribed and sworn to before me this 14 day of August 2008 at Harvey, County of Cook, State of Illinois.

Notary Public _Clara Dismukes_

PROOF OF SERVICE

I, Fred Wilson, pro se plaintiff; swear un the penity of perjur that I mailed a copy of the foregoing motion to incorporate in the complaint: The people of the State of Illinois by depositing into the U.S. Mail shute with proper postage a copy to the Attorney above, and the People of the State of Illinois. Deposited at 154th and Center before 5: pm

"OFFICIAL SEAL"
Clara Dismukes
Notary Public, State of Illinois
My Commission Exp. 04/30/2009