UNITED STATES DISTRICT COURT
NORTHORN DISTRICT OF ILLINOIS

FILED
AUG 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FRED WILSON, pro se

    plaintiff

V.

RICHART A. DEVINE )
HOME DEPORT )
ATT. RAMOND MORRISSEY )
SUSAN VENTURELLI, security officer )
GUADELUPE DEHOYOS security officer )
   )
    defendants )

08 c 3779
08C-3779

judge VIRGINA M. KENDAL
room 2319

MAGISTRATE JUDGE
ARLANDER KEYS

TO: ATT. SETH SHIPPER
500 RICHARD J. DALEY CENTER
CHICAGO, ILL. 60604

MOTION TO BE ALLOWED TO ENCLUDE ALL
OF THE DEFENDANTS IN THIS CASE

    Now come the plaintiff Fred Wilson, pro se, and request to be allowed to include all of the defendants involved in this matter before this court. In preparing the plaintiff actions before this court, plaintiff negligently, but not unaware of it failed to incorporate all of the necessary defendant in this case.

    No ruling has been rendered and this request is timely. Wherefore, plaintiff pray to be allowed to amend his complaint.

PROOF OF SERVICE

    I, Fred Wilson, pro se plaintiff swear under the penity of law that I mailed a copy of the foregoing motion to the attorney named above by depositing it to the U.S. mail shute located at 154th and Center st. Harvey, Ill. before 5:pm

5;PM
this ___ day of August 2008
at Harvey, County of Cook, State of Illinois.

"OFFICIAL SEAL"
Clara Dismukes
Notary Public, State of Illinois
My Commission Exp. 04/30/2009