UNITED STATES DISTRICT COURT
NORTHORN DISTRICT OF ILLINOIS

FILED
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FRED WILSON, pro se )
      plaintiff (
  v. (
RICHARD A. DEVINE STATES ATTORNEY (
HOME DEPORT (
ATT. RAMOND MORRISSEY (
SUSAN VENTURELLI, security officer (
GUADALUPE DEHOYOS, security officer (
      defendants (

08C 3779
08C-3779

JUDGE VIRGINIA KENDAL
MAGISTRATE JUDGE ARLANDER KEYS

NOTICE OF MOTION

TO: SETH SHIPPER
    500 Richard J. Daley Center
    Chicago, Ill. 60602

On September 2, 2008, at 9;00a.m, or as soon as I may be heard, I shallappear before the Hon. Virginia M. Kendall, or any judge setting in her stead, in the court room usually occopied by her her in room 2319, 219 S. Dearborn, Chicago, Ill. 60604, and presnt plaintiff's MOTION TO BE ALLOWED TO INCORPORATE ALL OF THE DEFEN* DANTS IN THIS MATTER .

                                FRED WILSON
                                15628 S. Loomis st.
                                Harvey, Ill. 60426
                                phone, 708-339-0092