```
             UNITED STATES DISTRICT COURT
             NORTHORN DISTRICT OF ILLINOIS
```

FILED
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FRED WILSON PRO SE )
      plaintiff )
  )
V. )
  )
RICHARD A. DEVINE, STATE'S ATTORNEY )
HOME DEPORT )
ATTORNEY RAMOND MORRISSEY )
SUSAN VETTURRELLI, security officer )
GUADALUPE DEHOYOS, security officer )
  )
      defendants )

08 C 3779
)8C-3779
Room 2319

judge virginia M. Kendal

Magistrate judge
Arlander Keys

TO: ATT. SETH SHIPPER
    500 Richard J. Daley Center
    Chicago, Ill. 60602

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS

      Primary the defendant is allegeing that this court has no jurisdiction over this complaint. That only the U.S. Supreme Court has jurisdiction to review a state court judgement, and essenually that the plaintiff complaintiff is in the wrong court.

      Because the argument involves procedures, plaintiff put the defendant's argument to the U.S. clerk of the Supreme Court.
      Plaintiff called the clerk and said: I would like to file an appeal from the Illinois Supreme Court, directly to the U.S. Supreme Court. The clerk said, don't send it up here. I asked why not? HE STATED THAT THIS COURT DOES NOT HAVE JURISDICTION TO RECEIVE IT.

      THREE DAYS LATER, plaintiff called again, the U.S. Supreme Court clerk and asked: Which would be the proper court to file an appeal coming from the Supreme Court of Illinois; the U.S. Supreme Court or, the lower federal court? HE STATED THAT THE DISTRICT COURT WOULD BE THE PROPER VENUE.

      Three days later, plaintiff called the clerk of the U.S. Supreme court again and said that I enjoy reading the law and would like an understanding of the procedures to reach the U.S. Supreme Court?
      HE STATED THAT YOU MUST THE PROCEDURES AND BEGIN YOUR ACTIONS WITH THE DISTRICT LEVEL. IF UNSECCESSFUL YOU MAY PROCEED TO THE SEVENTY CIRCUIT COURT OF APPEAL. MOVEOVER, THIS COURT HEARS LESS THAN A HAND FULL OF CASES PER YEAR. Plaintiff asked why is that. HE STATED THAT THIS COURT BASICALLY HEAR CASES THAT AFFECT THE GENERAL PUBLIC SUCH AS RODE* V. WADE. I may not have that spelled right. I asked otherwise, you are saying that I cannot bring an appeal from the Illinois Supreme court directly to the U.S. Supreme court? HE STATED ONLY IF YOU ARE ON

DEATH ROW; ARE YOU CURRENTLY ON DEATH ROW? I stated that I was fighting for my life. In humor, he kinda laugh and said that he understood; TRY THE DISTRICT COURT................It would appear from the procedures that this Hon. court does indeed have jurisdiction over the plaintiff's federal constitutional question. The Federal question before this Hon. Court involves the 14th amendment to the U.S. Constitution which (GUARANTEES US, EQUAL PROTECT UNDER THE LAW AS WELL AS THE RIGHT TO A FAIR TRIAL) Because the state authorities has refused to answer the plaint iff federal question, the question is now before this court. Whether the appellee can allege a charge of six retail theft items, then refuse to produce those items, defy a lawful subpoena for those items, testify against the accused and win the case without creating a conflict with the accused basic rights guaranteing, equal protection under the law, as well as the right to a fair trial?

The plaintiff has answered the defendant's motion to dismiss. Plaintiff now awaits any reply to the federal question.

Respectfully submitted
Fred Wilson, pro se.

\* PROOF OF SERVE

I, Fred Wilson. declare under the penity of law, that I mailed a copy of the foregoing motion to the named above Att. listed above by depositing a copy thereof into the U.S. mailshute with with proper postage into the mail shut located at 154th st and Center st. located at the city of Harvey, Ill. before 5;pm

this 21 day of August 2008
at Harvey, County of Cook, State of Illinois.

Notary Public  Clara Dismukes

"OFFICIAL SEAL"
Clara Dismukes
Notary Public, State of Illinois
My Commission Exp. 04/30/2009

Foot note: Richard A. Devine is is incidential to the complaint; that this court may delate any party of this complaint that it determine not to a legimate defendant.