**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Fred Wilson, | ) | |
| | ) | |
| Plaintiff, *pro se*, | ) | 08 C 3779 |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| Richard A. Devine, State's Attorney of Cook County, | ) | |
| | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:   Fred Wilson
      15628 S. Loomis St.
      Harvey, IL 60426

PLEASE TAKE NOTICE that on August 29, 2008, I filed the Reply of State's Attorney Richard A. Devine in Support of His Motion to Dismiss, a copy of which is served upon you.

                                    Respectfully submitted,

                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                        By:   /s/ R. Seth Shippee
                              R. Seth Shippee
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, IL 60602
                              312/603-5440

**CERTIFICATE OF SERVICE**

I, R. Seth Shippee, Assistant State's Attorney, certify that I electronically filed the above document with the Clerk of the Court and caused it to be served upon the above listed individual at the address above via U.S. Mail, posted before 5:00 p.m. on August 29, 2008, and via the CM/ECF system.

                                    /s/ R. Seth Shippee