UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Fred Wilson
      Plaintiff,

v.             Case No.: 1:08−cv−03779
            Honorable Virginia M. Kendall

Richard A. Devine
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: Hearing on plaintiff's motion to be allowed to include all defendants in this case [16] is reset for 9/3/2008 at 09:00 AM.Telephone notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.